AO 442 (Rev. 01/09) Arrest Warrant

FILED
2016 NOV -1 PM 3: 14

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>Benny Thomas Hunt<br>*Defendant* | )<br>)<br>)  Case No.<br>)<br>)  4:16 M6145<br>) |

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  Benny Thomas Hunt                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Sexual Exploitation of a Child, in violation of 18 U.S.C. Section 2251(a).

Date: 10-31-2016

*Issuing officer's signature*

George J. Limbert US Magistrate Judge
*Printed name and title*

City and state: Youngstown, Ohio

---

### Return

This warrant was received on *(date)* 10/31/16, and the person was arrested on *(date)* 11/01/16
at *(city and state)* Warren, Ohio.

Date: 11/01/16

*Arresting officer's signature*

George J. Limbert, U.S. Magistrate Judge
*Printed name and title*